DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED '08 JUN 12 13:35 USDC-ORP

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**Douglas Tugg**

        **Plaintiff,**

vs.                                                                                  Civil No. 07-cv-01112-JE

**Commissioner of Social Security**

        **Defendant.**                                    **ORDER GRANTING AWARD OF EAJA FEES**

    Pursuant to Stipulation, and good cause appearing therefore,

    IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$7.16**, costs in the amount of **$5.10**, and attorney's fees in the amount of **$2677.17**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

    Done this 11 day of June, 2008.

                                                                   _____
                                                                   Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**